IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:20-CV-00095-M

| | |
|---|---|
| EDWARD LEE ANDERSON, as Administrator of the Estate of Cory Anderson, )<br><br>Plaintiff, )<br><br>v. )<br><br>SOUTHERN HEALTH PARTNERS, INC.; COUNTY OF BEAUFORT, NORTH CAROLINA; ERNIE COLEMAN, in his official capacity as Sheriff of Beaufort County, North Carolina; and THE OHIO CASUALTY INSURANCE COMPANY, )<br><br>Defendants. ) | **ORDER** |

This matter comes before the court on Defendant Southern Health Partners' Motion to Seal. Defendant seeks to restrict from public access copies of Plaintiff's medical records it has submitted in support of its motion for summary judgment. Pursuant to Local Civil Rule 79.2, the court finds that the records contain confidential information that should be sealed.

Accordingly, Defendant Southern Health Partners' Motion to Seal [DE 47] is GRANTED. The Clerk of the Court shall maintain under seal the documents located at DE 46 until further order of the court.

SO ORDERED this 23d day of July, 2021.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE