IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:20-cv-00095-M

| | |
|---|---|
| EDWARD LEE ANDERSON, as Administrator of the Estate of CORY ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN HEALTH PARTNERS, INC.; COUNTY OF BEAUFORT, NORTH CAROLINA; ERNIE COLEMAN, in his official capacity as Sheriff of Beaufort County, North Carolina; and THE OHIO CASUALTY INSURANCE COMPANY,<br><br>Defendants. | **ORDER** |

This matter is before the court on Defendants' Consent Motion to Stay Trial and all pre-trial deadlines, seeking to stay trial and trial preparation in this matter pending the court's ruling on Defendants' respective motions for summary judgment and completion of mediation. For good cause shown pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the motion [DE 53] is GRANTED. The October 19, 2021 trial preparation conference and November 2, 2021 trial are VACATED and all pending deadlines in this matter are stayed pending resolution of Defendants' motions for summary judgment and the parties' completion of mediation.

SO ORDERED this 19th day of September, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE